UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARY SALINAS and NATIVIDAD BALDERAMMA, individuals, on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>NCO FINANCIAL SYSTEMS, INC.,<br><br>　　　　　Defendant. | Civil Action No. 2:10-cv-07496-LDD |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**
**OF THE CLAIMS OF PLAINTIFF MARY SALINAS**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Mary Salinas and Defendant NCO Financial Systems, Inc. ("NCO") hereby jointly stipulate to the dismissal with prejudice of Plaintiff Mary Salinas' claims against NCO with each side to bear its own fees and costs.

Dated: December 16, 2011

　　　　　　　　　　　　　　　　　　FISHER & ZUCKER LLC

　　　　　　　　　　　　　　　　　　/s/  Jeffrey A. Zucker
　　　　　　　　　　　　　　　　　　Jeffrey A. Zucker, Esq.
　　　　　　　　　　　　　　　　　　21 S. 21st St.
　　　　　　　　　　　　　　　　　　Philadelphia, PA 19103
　　　　　　　　　　　　　　　　　　Tel.: (215) 825-3100
　　　　　　　　　　　　　　　　　　Fax.: (215) 825-3101
　　　　　　　　　　　　　　　　　　jzucker@fisherzucker.com
　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs

LAW OFFICES OF DAVID SCHAFER, L.L.C.

/s/  David P. Schafer
David P. Schafer, Esq.
7800 lh-10 West, Suite 830
San Antonio, TX 78230
Phone: 210-348-0500
Fax: 210-348-0520
Email: david@helpingtexas.com
Attorneys for Plaintiffs

LAW OFFICES OF DARRELL PALMER

/s/  Darrell Palmer
Darrell Palmer, L.L.M.
603 North Highway 101, Ste A
Solana Beach, CA 92075
Phone: 858-792-5600
Fax: 866-583-8115
Email: darrell.palmer@palmerlegalteam.com
Attorneys for Plaintiffs

SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.

/s/  Aaron R. Easley
Aaron R. Easley (73683)
200 Route 31 North, Suite 203
Flemington, NJ 08822
Telephone No.: (908) 751-5940
Facsimile No.: (908) 751-5944
aeasley@sessions-law.biz
Attorneys for Defendant
NCO Financial Systems, Inc.