UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARY SALINAS and NATIVIDAD BALDERAMMA, individuals, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>NCO FINANCIAL SYSTEMS, INC.,<br><br>    Defendant. | Civil Action No. 2:10-cv-07496-LDD |

### JOINT NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that Plaintiff Natividad Balderamma and Defendant NCO Financial Systems, Inc. (hereinafter "Parties") have reached a settlement. The Parties hereby respectfully request that this Court allow thirty (30) days within which to complete the settlement and to file a Stipulation of Dismissal in this matter. This court shall retain jurisdiction over this matter until fully resolved.

Dated: May 17, 2012

                   Respectfully Submitted,

FISHER & ZUCKER LLC      SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.

/s/  Jeffrey A. Zucker        /s/  Aaron R. Easley
Jeffrey A. Zucker, Esq.       Aaron R. Easley (73683)
21 S. 21st St.           200 Route 31 North, Suite 203
Philadelphia, PA 19103       Flemington, NJ 08822
Tel.: (215) 825-3100        Telephone No.: (908) 751-5940
Fax.: (215) 825-3101        Facsimile No.: (908) 751-5944
jzucker@fisherzucker.com     aeasley@sessions-law.biz
Attorneys for Plaintiff        Attorneys for Defendant
                     NCO Financial Systems, Inc.

| LAW OFFICES OF DAVID SCHAFER, L.L.C. | LAW OFFICES OF DARRELL PALMER |
|---|---|
| /s/  David P. Schafer | /s/  Darrell Palmer |
| David P. Schafer, Esq. | Darrell Palmer, L.L.M |
| 7800 lh-10 West, Suite 830 | 603 North Highway 101, Ste A |
| San Antonio, TX 78230 | Solana Beach, CA 92075 |
| Phone: 210-348-0500 | Phone: 858-792-5600 |
| Fax: 210-348-0520 | Fax: 866-583-8115 |
| Email: david@helpingtexas.com | Email:darrell.palmer@palmerlegalteam.com |
| Attorneys for Plaintiff | Attorneys for Plaintiff |

## CERTIFICATE OF SERVICE

I certify that on this 17th day of May 2012, a copy of the foregoing was filed via the Court's Electronic Filing system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including plaintiff's counsel as described below. Parties may access this filing through the Court's system.

Jeffrey A. Zucker, Esq.
FISHER & ZUCKER LLC
21 S. 21st St.
Philadelphia, PA 19103
Tel.: (215) 825-3100
Fax.: (215) 825-3101
jzucker@fisherzucker.com
Attorneys for Plaintiff

.

David P. Schafer, Esq.
LAW OFFICES OF DAVID SCHAFER, L.L.C
7800 lh-10 West, Suite 830
San Antonio, TX 78230
Phone: 210-348-0500
Fax: 210-348-0520
Email: david@helpingtexas.com
Attorneys for Plaintiff

Darrell Palmer, L.L.M.
LAW OFFICES OF DARRELL PALMER
603 North Highway 101, Ste A
Solana Beach, CA 92075
Phone: 858-792-5600
Fax: 866-583-8115
Email: darrell.palmer@palmerlegalteam.com
Attorneys for Plaintiff

/s/ Aaron R. Easley
Aaron R. Easley, Esq.
Attorney for Defendant
NCO Financial Systems, Inc.