IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARY SALINAS, as individual, on behalf of herself and all others similarly situated, | : : : | CIVIL ACTION |
| v. | : : | No. 10-7496 |
| NCO FINANCIAL SYSTEMS, INC. | : | |

ORDER

AND NOW, this 25th day of June 2012, upon consideration of the Agreed Motion to Dismiss (Doc. No. 43), it is hereby ORDERED that the motion is GRANTED. The case is dismissed with prejudice as to Mary Salinas and Natividad Balderrama, pursuant to the agreement of the parties. (See Doc. No. 43 at 1.) The Clerk of Court is directed to close this case for statistical purposes.

BY THE COURT:

/s/ Legrome D. Davis

Legrome D. Davis, J.